IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN TERESI,

      Appellant,

 v.

SHAWN WEISGERBER,

      Appellee.

_____/

Case No.  5D21-1613
LT Case No. 2019-CA-043259

Decision filed May 31, 2022

Appeal from the Circuit Court
for Brevard County,
Curt Jacobus, Judge.

Michael Saracco, of Saracco Law,
Cocoa, for Appellant.

Luis D. Carreja, of Watson, Soileau,
DeLeo & Burgett, P.A., Cocoa, for
Appellee.


PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., SASSO and WOZNIAK, JJ., concur.